# UNITED STATES DISTRICT COURT
for the

### District of South Carolina

| | | |
|---|---|---|
| Robert Compton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:18-CV-03241-DCC |
| Andrew Saul, | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■ other: The Commissioner's decision is Reversed and the Court remands this matter to the Commissioner pursuant to sentence four  of 42 U.S.C. § 405(g).

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr, United States District Judge.

Date:   February 24, 2020                                     *CLERK OF COURT*


                                                   s/Chelsea Pegram-Conner
                                     _____
                                                   *Signature of Clerk or Deputy Clerk*